No. _____ CR 06 00772 JW    PVT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED
2006 NOV 29  P 2:51

SAN JOSE DIVISION

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S J

THE UNITED STATES OF AMERICA

vs.

JULIUS CHOW LIEH LIU

# INDICTMENT

**COUNT ONE**: 17 U.S.C., Section 506(a)(1)(A), 18 U.S.C., Section 2319 18 U.S.C. § 2319(b)(1) - Criminal Copyright Infringement;

**COUNT TWO**: 18 U.S.C. § 2318(a) - Trafficking in Counterfeit Labels.

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __29R__ *day of* __November__

*A.D. 2006*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail. $* __NO BAIL WARRANT__

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

SEALED BY ORDER OF THE COURT

FILED

2006 NOV 29 P 2: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CR 06 00772

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 17 U.S.C. § 506(a)(1)(A), 18 U.S.C. § 2319(b)(1) - Criminal Copyright Infringement; 18 U.S.C. § 2318(a) - Trafficking in Counterfeit Labels; 17 U.S.C. §§ 506(b) and 509(a), 18 U.S.C. § 2320(b) - Criminal Forfeiture and Destruction |
| v. | |
| JULIUS CHOW LIEH LIU, | |
| Defendant. | ) SAN JOSE VENUE |
|  | ) **UNDER SEAL** |

INDICTMENT

The Grand Jury charges:

INTRODUCTION

1.   At all times relevant to the Indictment:

   A.   Defendant Julius Chow Lieh Liu ("Liu") was the founder and owner of Super DVD, Inc. ("Super DVD").

   B.   Super DVD, which had its principal place of business in Hayward, California, engaged in the unauthorized duplication, reproduction and sale of copyrighted music and software, in violation of federal copyright laws. Super DVD obtained unauthorized copies of copyrighted works, all the while knowing that it did not own the copyrighted works it replicated

INDICTMENT
U.S. v. LIU

and did not have a license, permission or other authority from the owners of those copyrighted works to reproduce and distribute those works. Super DVD reproduced more than 11,000 compact discs (CDs) containing copyrighted music and more than 50,000 CDs containing copyrighted software programs. These counterfeit CDs were sold and distributed throughout the United States, including, but not limited to, several locations in Santa Clara County, California.

COUNT ONE: (17 U.S.C. § 506(a)(1)(A), 18 U.S.C. § 2319(b)(1) - Criminal Copyright Infringement)

2. The factual allegations in Paragraph One are hereby realleged and incorporated by reference as if set forth in full here.

3. On or about July 31, 2006, in the Northern District of California, and elsewhere, defendant

JULIUS CHOW LIEH LIU

did willfully infringe the copyrights of copyrighted works, that is, music and software, for purposes of commercial advantage and private financial gain, by the reproduction and distribution, during a 180-day period, of at least ten copies of at least one or more copyrighted works, which had a total retail value of more than $2,500, including, but not limited to, the works set forth below:

| IMB Mark[1] | Song Title | Artist | Copyright Owner | Sound Registry Number[2] |
|---|---|---|---|---|
| MA023 | Sufrir | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Por Que Vovliste | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Tumba de Amor | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Un Desengan o Mas | Los Solitarios | Warner Music Latina, Inc. | 337-585 |

---

[1] The IMB Mark is the identifying information placed on the CD by its manufacturer.

[2] The Sound Registry Number is the number assigned to the musical work by the United States Copyright Office.

INDICTMENT
U.S. v. LIU

2

| | | | | |
|---|---|---|---|---|
| MA023 | Somos Un Corazon | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Nuesra Promesa | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Nunca Digas | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Ay Amor | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | No Sebes Llorar | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Nada De Tu Amor | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Tete Ya | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | No te Comprendi | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Solo tienes Mi Adios | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | hy Cosas Inolvidables | Los Solitarios | Warner Music Latina, Inc. | 337-585 |
| MA023 | Hoy | Los Solitarios | Warner Music Latina, Inc. | 313-283 |
| MA023 | He Venido A Despedirme | Los Solitarios | Warner Music Latina, Inc. | 313-283 |
| MA023 | No Dudes de Mi Amor | Los Solitarios | Warner Music Latina, Inc. | 313-283 |
| MA023 | Los Que Te Queda | Los Solitarios | Warner Music Latina, Inc. | 313-283 |
| MA023 | Mi Amor Es Para Ti | Los Solitarios | Warner Music Latina, Inc. | 313-283 |
| MA023 | No Llores Corozon | Los Solitarios | Warner Music Latina, Inc. | 313-283 |
| MA023 | Ya Se Va | Los Solitarios | Warner Music Latina, Inc. | 313-283 |
| No Number | Lena de Pirul | Banda Machos | Warner Music Latina, Inc. | 340-587 |
| No Number | Sangre de Indio | Banda Machos | Warner Music Latina, Inc. | 340-587 |
| No Number | Al Gato y Al Taton | Banda Machos | Warner Music Latina, Inc. | 340-587 |

INDICTMENT
U.S. v. LIU

3

| | | | | |
|---|---|---|---|---|
| No Number | La Culebra | Banda Machos | Warner Music Latina, Inc. | 340-587 |
| No Number | Un Indio Quiere Llorar | Banda Machos | Warner Music Latina, Inc. | 340-587 |
| No Number | Te Ofrezco un Corazon | La Banda el Recodo | Univision Records | 378-836 |
| No Number | Que Solo Estoy Sin Ti | La Banda el Recodo | Fonovisa Records | 344-072 |
| SD00671 JL010 | Gatos Rayados | Los Tucanes De Tijuana | UMG Recordings, Inc. | 291-623 |
| SD00671 JL010 | El Pesado | Los Tucanes De Tijuana | UMG Recordings, Inc. | 291-623 |
| SD00671 JL010 | Aventura Pasada | Los Tucanes De Tijuana | Capitol Records, Inc. | 313-120 |
| SD00671 JL010 | El Hijo De Lamberto | Los Tucanes De Tijuana | Capitol Records, Inc. | 313-120 |
| RAP VOL.2 H040 | Juicy | The Notorious Big | Bad Boy Records | 313-014 |
| RAP VOL.2 H040 | Boyz-n-the-Hood | Eazy-E | Priority Records, LLC | 224-985 |
| RAP VOL.2 H040 | I Get Around | 2 Pac | Interscope Records | 152-641 |
| RAP VOL.2 H040 | The Bonnie and Clyde Theme | Yo-Yo | Atlantic Recording Corp. | 168-041 |

| Title of Software Program | Copyright Owner | Copyright Registration Number |
|---|---|---|
| Norton System Works 2003 Professional | Symantec Corp. | TX-4-956-464 |
| Norton Anti-Virus 2003 | Symantec Corp. | TX-5-704-654, 655 |

All in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(1).

COUNT TWO: (18 U.S.C. § 2318(a) - Trafficking in Counterfeit Labels)

4. The factual allegations in Paragraph One are hereby realleged and incorporated by reference as if set forth in full here.

5. Beginning on an unknown date and continuing to on or about May 12, 2003, in the

INDICTMENT
U.S. v. LIU                                    4

Northern District of California, and elsewhere, defendant

JULIUS CHOW LIEH LIU

did knowingly traffic in counterfeit labels affixed and designed to be affixed to copies of a copyrighted software programs, as described below:

| Software Program |
| --- |
| Norton System Works 2003 Professional |
| Norton Anti-Virus 2003 |

All in violation of Title 18, United States Code, Section 2318(a).

FORFEITURE ALLEGATION: (17 U.S.C. §§ 506(b) and 509(a), 18 U.S.C. § 2320(b) - Criminal Forfeiture and Destruction)

6. As a result of a conviction on the offenses alleged in Counts One and Two of this Indictment, or any of them, defendant

JULIUS CHOW LIEH LIU

shall forfeit to the United States, pursuant to Title 17, United States Code, Section 506(b) and 509(a), and Title 18, United States Code, Section 2320(b), all copies, manufactured, reproduced, distributed, sold, or otherwise used, intended for use, or possessed with intent to use in violation of the offense under Section 506(a), and all plates, molds, matrices, masters, tapes, film negatives, or other articles by means of which such copies may be reproduced, and all electronic,

///

INDICTMENT
U.S. v. LIU

5

1 | mechanical, and other devices for manufacturing, reproducing, and assembling such copies,
2 | including but not limited to the items listed below:

    (1) ODME replication machine – Serial Number 98017, Unit Code CDR 2010/00 Manufacture Year 1998; and

    (2) Hanky Printer – Serial Number AA-72B1R, Model Number CD-300

DATED: 29 NOV 06

A TRUE BILL.

_____
FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, San Jose Division

(Approved as to form: _____
AUSA CHEW

INDICTMENT
U.S. v. LIU

6

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### OFFENSE CHARGED

Count One: 17 U.S.C. 506(a)(1)(A), 18 USC 2319(b)(1)

Count Two: 18 U.S.C. 2318(a)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
See Attached Sheet.

**DEFENDANT - U.S.**

2006 NOV 29 P 2: 51

▶ Julius Chow Lieh Liu

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

CR 06 00772 JW PVT

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)
FBI Special Agent Mark Barfield

☐ person is awaiting trial in another Federal or State Court, give name of court

SEALED BY ORDER OF THE COURT

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
AUSA Hanley Chew

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☒ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ _____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ _____ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:
Before Judge:

Comments:

# Attachment to
# Penalty Sheet for
# United States v. Julius Chow Lieh Liu

Counts One: Criminal Copyright Infringement (17 U.S.C. § 506(a)(1)(A); 18 U.S.C. § 2319(b)(1))

Maximum Penalties:  10 years
$250,000 or twice the value of the property involved in the transaction, whichever is greater
3 years of supervised release
$100 mandatory special assessment

Count Two: Trafficking in Counterfeit Labels (18 U.S.C. § 2318(a))

Maximum Penalties:  5 years
$250,000 or twice the value of the property involved in the transaction, whichever is greater
3 years of supervised release
$100 mandatory special assessment