1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-0772 JW(PVT) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME FROM** |
| v. | ) | **JANUARY 31, 2007 THROUGH** |
| | ) | **FEBRUARY 12, 2007 FROM** |
| | ) | **CALCULATIONS UNDER THE** |
| JULIUS CHOW LIEH LIU, | ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| Defendant. | ) | |

On January 31, 2007, defendant Julius Chow Lieh Liu made his initial appearance before Magistrate Judge Patricia V. Trumbull. Assistant Federal Public Defender Nicholas Humy, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Magistrate Judge Trumbull ordered the parties to appear before this Court on February 12, 2007 at 1:30 p.m. for trial setting in this matter.

The parties request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 31, 2007 through February 12, 2007. The parties, including the defendant, stipulate as follows:

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO. CR-06-0772 JW

1.   The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 31, 2007 through February 12, 2007 based upon the need for the defense counsel to investigate further the facts of the present case.  On February 1, 2007, the government provided 274 pages of discovery and defense counsel needs additional time to review the discovery, evaluate further possible defenses and motions available to the defendant.

2.   The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from from January 31, 2007 through February 12, 2007.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from January 31, 2007 through February 12, 2007, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED:  2/2/07            /s/ Nicholas Humy
                          NICHOLAS HUMY
                          Assistant Federal Public Defender

DATED: 2/2/07             /s/ Hanley Chew
                          HANLEY CHEW
                          Assistant United States Attorney

**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 31, 2007 through February 12, 2007 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
U.S. v. LIU, NO. CR-06-0772 JW

government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from January 31, 2007 through February 12, 2007.

Accordingly, the Court further orders that the time from January 31, 2007 through February 12, 2007 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED:___2/2/2007_____      _____
                             THE HONORABLE JAMES WARE
                             United States District Judge

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO. CR-06-0772 JW