KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
Facsimile: (408) 535-5066

Attorneys for Plaintiff

FILED

FEB 1 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIUS CHOW LIEH LIU, <br><br> Defendant. | No. 06-0772 JW(PVT) <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 12, 2007 THROUGH APRIL 2, 2007 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

The parties appeared before this Court for appearance on February 12, 2007. The defendant was not present and out of custody. Assistant Federal Public Defender Nicholas Humy appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. The Court continued the matter to April 2, 2007 at 1:30 p.m.

At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from February 12, 2007 through April 2, 2007. The parties, including the defendant, agree and the Court finds and holds as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from February 12, 2007 through April 2, 2007 based

[PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772 JW(PVT)

upon the discovery produced in this case and the need for the defense counsel to review that discovery, investigate further the facts of the present case and effectively prepare for trial. The government anticipates producing additional discovery during this time. In addition, the parties are using the additional time to discuss a resolution of the case.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from February 12, 2007 through April 2, 2007.

Given these circumstances, the Court finds that the ends of justice are served by excluding from calculations the period from February 12, 2007 through April 2, 2007, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, the Court further orders that (1) the next appearance date before this Court is scheduled for April 2, 2007 at 1:30; and (2) the time from February 12, 2007 through April 2, 2007 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: 2/12/07

NICHOLAS HUMY
Assistant Federal Public Defender

DATED: 2/12/07

HANLEY CHEW
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/12/2007

THE HONORABLE JAMES WARE
United States District Judge

[PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772 JW(PVT)    2