SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIUS CHOW LIEH LIU,<br><br>    Defendant. | No.   06-0772 JW(PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO JUNE 18, 2007 AND EXCLUDING TIME FROM APRIL 2, 2007 THROUGH JUNE 18, 2007 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

    The parties appeared before this Court for appearance on February 12, 2007. The defendant was not present and out of custody. Assistant Federal Public Defender Nicholas Humy appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. The Court continued the matter to April 2, 2007 at 1:30 p.m.

    The parties hereby request that the Court enter this order continuing the status conference scheduled for April 2, 2007 and documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 2, 2007 through June 18, 2007. The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from April 2, 2007 through June 18, 2007

STIP. & [~~PROPOSED~~] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)

based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate.  Because a status conference would be meaningless until defendant and defense counsel complete their investigation, the parties request that the April 2, 2007 status conference be continued to June 18, 2007.

2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from April 2, 2007 through June 18, 2007.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from April 2, 2007 through June 18, 2007, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 3/8/07                    /s/ Nicholas Humy
                                 NICHOLAS HUMY
                                 Assistant Federal Public Defender


DATED: 3/8/07                    /s/ Hanley Chew
                                 HANLEY CHEW
                                 Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 2, 2007 through June 18, 2007 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from April 2, 2007 through June 18, 2007.

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)              2

1     Accordingly, the Court further orders that (1) the status conference set for April 2, 2007
2  is vacated and that the next appearance date before this Court is scheduled for June 18, 2007 at
3  1:30; and (2) the time from April 2, 2007 through June 18, 2007 is excluded from time
4  calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

6  IT IS SO ORDERED.

7  DATED:__3/9/2007_____    _____
8                              THE HONORABLE JAMES WARE
                                United States District Judge

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)         3