SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
Facsimile:  (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIUS CHOW LIEH LIU, ) <br> ) <br> Defendant. ) <br> _____ ) | No.   06-0772 JW(PVT) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO JULY 23, 2007 AND EXCLUDING TIME FROM JUNE 18, 2007 THROUGH JULY 23, 2007 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

The parties hereby request that the Court enter this order continuing the status conference scheduled for June 18, 2007 and documenting the exclusion of time from June 18, 2007 through July 23, 2007. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from June 18, 2007 through July 23, 2007 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government anticipates producing several boxes of discovery in the following weeks. Because a status conference would be meaningless until defendant and defense counsel has had an opportunity to review the discovery and complete their investigation, the parties request that the June 18, 2007 status conference be

continued to July 23, 2007.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from June 18, 2007 through July 23, 2007.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from June 18, 2007 through July 23, 2007, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 5/30/07        /s/ Nicholas Humy
                     NICHOLAS HUMY
                     Assistant Federal Public Defender

DATED: 5/30/07        /s/ Hanley Chew
                     HANLEY CHEW
                     Assistant United States Attorney

# [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from June 18, 2007 through July 23, 2007 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from June 18, 2007 through July 23, 2007.

Accordingly, the Court further orders that (1) the status conference set for June 18, 2007 is vacated and that the next appearance date before this Court is scheduled for July 23, 2007 at

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)        2

1:30; and (2) the time from June 18, 2007 through July 23, 2007 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: June 1, 2007

_____
THE HONORABLE JAMES WARE
United States District Judge