SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone:  (408) 535-5060
  Facsimile:   (408) 535-5066
  E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

DENIED
*Judge James Ware*
7/17/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No.   06-0772 JW(PVT) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE TO SEPTEMBER 10, 2007 AND EXCLUDING TIME FROM JULY 23, 2007 THROUGH SEPTEMBER 10, 2007 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| v. | ) | |
| JULIUS CHOW LIEH LIU, | ) | |
| Defendant. | ) | |

The parties hereby request that the Court enter this order continuing the status conference scheduled for July 23, 2007 to September 10, 2007, and documenting the exclusion of time from July 23, 2007 through September 10, 2007.  The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from July 23, 2007 through September 10, 2007 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate.  The government has recently produced over 24,000 pages of documents in accordance with its Rule 16 obligations.  Because a

1  status conference would be meaningless until defendant and defense counsel have had an
2  opportunity to review and analyze this discovery, the July 23, 2007 status conference should be
3  continued to September 10, 2007.
4  2.   The attorney for defendant joins in the request to exclude time under the Speedy Trial
5  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for
6  effective preparation of the defense; believes the exclusion is in the defendant's best interests;
7  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for
8  the period from July 23, 2007 through September 10, 2007.
9       Given these circumstances, the parties believe, and request that the Court find, that the
10 ends of justice are served by excluding from calculations the period from July 23, 2007 through
11 September 10, 2007, outweigh the best interests of the public and the defendant in a speedy trial
12 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
13 IT IS SO STIPULATED.

DATED: 7/12/07         /s/ Nicholas Humy
                       NICHOLAS HUMY
                       Assistant Federal Public Defender

DATED: 7/12/07         /s/ Hanley Chew
                       HANLEY CHEW
                       Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court DENIES the parties request for continaunce and exclusion of time.  The Parties shall appear for the scheduled status hearing set for July 23, 2007 at 1:30 PM  in Courtroom 8, 4th Floor, San Jose before Hon. James Ware.

Date:  7/17/2007

_____
United States District Court Judge

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)          2