1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066
8     E-mail Address: hanley.chew@usdoj.gov

9  Attorneys for Plaintiff

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,              )   No.   06-0772 JW(PVT)
                                           )
15        Plaintiff,                       )   STIPULATION AND [PROPOSED]
                                           )   ORDER CONTINUING STATUS
16        v.                               )   CONFERENCE TO MARCH 10, 2008
                                           )   AND EXCLUDING TIME FROM
17  JULIUS CHOW LIEH LIU,                  )   JANUARY 28, 2008 THROUGH
                                           )   MARCH 10, 2008 FROM
18        Defendant.                       )   CALCULATIONS UNDER THE
                                           )   SPEEDY TRIAL ACT (18 U.S.C. § 3161)
19

20       The parties hereby request that the Court enter this order continuing the status conference

21  scheduled for January 28, 2008 to March 10, 2008, and documenting the exclusion of time from

22  January 28, 2008 through March 10, 2008.  The parties, including the defendant, stipulate as

23  follows:

24  1.    On or about January 2, 2008, Assistant Federal Public Defender Nicholas Humy, who
          had
25
    been counsel of record for defendant, discovered that the Federal Public Defender's Office
26
    possessed a conflict of interest in representing defendant.  On January 3, 2008, Mr. Humy moved
27
    to be relieved as counsel of record due to this conflict.  On or about January 7, 2008, Magistrate
28

Judge Lloyd granted Mr. Humy's motion to be relieved as counsel of record for defendant. On or about January 10, 2008, Magistrate Lloyd appointed Mr. James McNair Thompson to represent defendant in the above-captioned case.

2. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 28, 2008 through March 10, 2008 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced over 25,000 pages of documents in this case in accordance with its Rule 16 obligations. Mr. Thompson has not as yet had an opportunity to review any of this discovery as yet. In addition, defense counsel has a trial currently scheduled for late February 2008. Because a status conference would be meaningless until defendant and defense counsel have had an opportunity to review and analyze this discovery fully, the January 28, 2008 status conference should be continued to March 10, 2008.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period January 28, 2008 through March 10, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period January 28, 2008 through March 10, 2008, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 1/11/08  /s/ James McNair Thompson
JAMES MCNAIR THOMPSON
Attorney fo Defendant


DATED: 1/11/08  /s/ Hanley Chew
HANLEY CHEW
Assistant United States Attorney

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, January 28, 2008 through March 10, 2008 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period January 28, 2008 through March 10, 2008.

Accordingly, the Court further orders that (1) the status conference set for January 28, 2008 is vacated and that the next appearance date before this Court is scheduled for March 10, 2008 at 1:30; and (2) the time January 28, 2008 through March 10, 2008 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: January 14, 2008  /s/ James Ware
THE HONORABLE JAMES WARE
United States District Judge