JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile:  (408) 535-5066
   E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-0772 JW(PVT) |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS** |
| v. | ) ) | **CONFERENCE TO JUNE 9, 2008 AND EXCLUDING TIME FROM JUNE 2,** |
| JULIUS CHOW LIEH LIU, | ) ) | **2008 THROUGH JUNE 9, 2008 FROM CALCULATIONS UNDER THE** |
| Defendant. | ) ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

      The parties hereby request that the Court enter this order continuing the status conference scheduled for June 2, 2008 to June 9, 2008, and documenting the exclusion of time from June 2, 2008 through June 9, 2008. The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from June 2, 2008 through June 9, 2008 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced over 25,000 pages of documents in this case in accordance with its Rule 16 obligations. Mr. Thompson is still reviewing the discovery and conducting his investigation in this case. Because a status

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)

conference would be meaningless until defendant and defense counsel have had an opportunity to review and analyze this discovery fully, the June 2, 2008 status conference should be continued to June 9, 2008.  In addition, government counsel will be unavailable the week of June 2, 2008 as he is attending a training session out of the state.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from June 2, 2008 through June 9, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from June 2, 2008 through June 9, 2008, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: May 6, 2008          _____/s/_____
                            JAMES MCNAIR THOMPSON
                            Attorney fo Defendant


DATED: May 6, 2008          _____/s/_____
                            HANLEY CHEW
                            Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from June 2, 2008 through June 9, 2008 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)               2

1  calculations the period from June 2, 2008 through June 9, 2008.

2       Accordingly, the Court further orders that (1) the status conference set for June 2, 2008 is
3  vacated and that the next appearance date before this Court is scheduled for June 9, 2008 at 1:30;
4  and (2) the time from June 2, 2008 through June 9, 2008 is excluded from time calculations
5  under the Speedy Trial Act, 18 U.S.C. § 3161.

7  IT IS SO ORDERED.

8  DATED: May 6, 2008           _____
9                                                  THE HONORABLE JAMES WARE
                                                United States District Judge

STIP. & [PROPOSED] ORDER CONTINUING
STATUS CONFERENCE AND EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)      3