JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone:  (408) 535-5060
Facsimile:   (408) 535-5066
E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> JULIUS CHOW LIEH LIU, <br>     Defendant. | No.   06-0772 JW(PVT) <br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 9, 2008 THROUGH AUGUST 25, 2008 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

      The parties hereby request that the Court enter this order documenting the exclusion of time from June 9, 2008 through August 25, 2008.  On June 9, 2008, the parties appeared before the Honorable James Ware for a status conference.  The Court ordered the parties to appear before the Honorable Richard Seeborg for a settlement conference and scheduled the next status conference for August 25, 2008.  The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from June 9, 2008 through August 25, 2008 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate.  The government has produced over 25,000 pages of documents in this case in accordance with its Rule 16 obligations.  Mr.

Thompson is still reviewing the discovery and requires additional time to conduct and complete his investigation in this case.  Mr. Thompson is also scheduled to be in a murder trial beginning on July 29, 2008 that is likely to last approximately three weeks.  In addition, the parties require additional time in order to prepare for and participate in a settlement conference.

2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from June 9, 2008 through August 25, 2008 .

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from June 9, 2008 through August 25, 2008, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 11, 2008           /s/ James McNair Thompson
                               JAMES MCNAIR THOMPSON
                               Attorney fo Defendant


DATED: June 11, 2008           /s/ Hanley Chew
                               HANLEY CHEW
                               Assistant United States Attorney


## [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from June 9, 2008 through August 25, 2008 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)                  2

1 | calculations the period from June 9, 2008 through August 25, 2008.

2 |     Accordingly, the Court further orders that the time from June 9, 2008 through August 25,
3 | 2008 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

5 | IT IS SO ORDERED.

6 | DATED: June 23, 2008

7 | THE HONORABLE JAMES WARE
   United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)     3