JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5060
Facsimile:  (408) 535-5066
E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

**FILED**

OCT 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIUS CHOW LIEH LIU,<br><br>Defendant. | No.   06-0772 JW(PVT)<br><br>STIPULATION AND [PROPOSED] JW<br>ORDER SETTING STATUS<br>CONFERENCE FOR OCTOBER 20,<br>2008 AND EXCLUDING TIME FROM<br>AUGUST 25, 2008 THROUGH<br>OCTOBER 20, 2008 FROM<br>CALCULATIONS UNDER THE<br>SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

The parties hereby request that the Court enter this order documenting the exclusion of time from August 25, 2008 through October 20, 2008. The parties, including the defendant, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from August 25, 2008 through October 20, 2008 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced over 25,000 pages of documents in this case in accordance with its Rule 16 obligations. Mr. Thompson is still reviewing the discovery and requires additional time to conduct and complete his investigation in this case. Since a further status conference will not be meaningful until after

the defendant and defense counsel complete a substantial portion of their investigation, the parties agree that the next status conference in this matter should be scheduled for October 20, 2008 at 1:30 p.m.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from August 25, 2008 through October 20, 2008.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from August 25, 2008 through October 20, 2008, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 8/25/08

JAMES MCNAIR THOMPSON
Attorney fo Defendant

DATED: 8/25/08

HANLEY CHEW
Assistant United States Attorney

JW
[PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from August 25, 2008 through October 20, 2008 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from August 25, 2008 through October 20, 2008.

Accordingly, the Court further orders that (1) the next status conference in this matter is scheduled for October 20, 2008 at 1:30; and (2) the time from August 25, 2008 through October 20, 2008 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: Oct. 16, 2008

THE HONORABLE JAMES WARE
United States District Judge