JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066
   E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>JULIUS CHOW LIEH LIU, )<br>)<br>   Defendant. )<br>_____ ) | No. 06-0772 JW(PVT)<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>JANUARY 26, 2009 THROUGH MAY<br>19, 2009 FROM CALCULATIONS<br>UNDER THE SPEEDY TRIAL ACT (18<br>U.S.C. § 3161) |

      The parties hereby request that the Court enter this order documenting the exclusion of time from January 26, 2009 through May 19, 2009. The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from January 26, 2009 through May 19, 2009 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate. The government has produced over 25,000 pages of documents in this case in accordance with its Rule 16 obligations. Defense counsel, defendant and their agents still reviewing the discovery and requires additional time to conduct and complete his investigation in this case. Moreover, the exclusion of time is needed

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)

```
 1  counsel, defendant and their agents still reviewing the discovery and requires additional time to
 2  conduct and complete his investigation in this case. Moreover, the exclusion of time is needed
 3  for continuity of defense counsel as defense counsel will be involved in an attempted murder trial
    in mid-April 2009.
 4      2.      The attorney for defendant and defendant join in the request to exclude time under
 5  the
 6  Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is
 7  necessary for effective preparation of the defense; believes the exclusion is in the defendant's
 8  best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161,
 9  should be for the period from January 26, 2009 through May 19, 2009.
10      Given these circumstances, the parties believe, and request that the Court find, that the
11  ends of justice are served by excluding from calculations the period from January 26, 2009
12  through May 19, 2009, outweigh the best interests of the public and the defendant in a speedy
13  trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
14  IT IS SO STIPULATED.
15  DATED:                          _____
16                                  JAMES MCNAIR THOMPSON
                                    Attorney fo Defendant
17
    DATED:                          _____
                                    JULIUS CHOW LIEH LIU
19
    DATED:                          _____
                                    HANLEY CHEW
21                                  Assistant United States Attorney
22
23
                            [PROPOSED] ORDER
24
        Having considered the stipulation of the parties, the Court finds that: (1) the defendant
25  understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18
26  U.S.C. § 3161, from January 26, 2009 through May 19, 2009 based upon the need for the defense
27
    STIP. & [PROPOSED] ORDER EXCLUDING TIME
    U.S. v. LIU, NO: CR 06-0772 JW(PVT)              2
```

for continuity of defense counsel as defense counsel will be involved in an attempted murder trial in mid-April 2009.

2. The attorney for defendant and defendant join in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from January 26, 2009 through May 19, 2009.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from January 26, 2009 through May 19, 2009, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: _____
JAMES MCNAIR THOMPSON
Attorney fo Defendant

DATED: _____
JULIUS CHOW LIEH LIU

DATED: 2/3/09  _____
HANLEY CHEW
Assistant United States Attorney

[PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 26, 2009 through May 19, 2009 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from January 26, 2009 through May 19, 2009.

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. LIU, NO: CR 06-0772 JW(PVT)                     2

Accordingly, the Court further orders that the time from January 26, 2009 through May 19, 2009 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: March 13, 2009

_____
THE HONORABLE JAMES WARE
United States District Judge