JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:   (408) 535-5066
   E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   06-0772 JW(PVT) |
|    Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER SETTING STATUS** |
|    v. ) | **CONFERENCE FOR APRIL 6, 2009** |
| ) | |
| JULIUS CHOW LIEH LIU, ) | |
| ) | |
|    Defendant. ) | |

     The parties hereby request that the Court enter this order setting a status conference in the above-captioned case for April 6, 2009 at 1:30 p.m.  The parties stipulate as follows:

1.    On or about January 26, 2009, the Court set May 4, 2009 as the date for a pretrial conference and May 19, 2009 as the date for trial in the above-captioned case.  In March 2009, the parties met and held extensive settlement discussions.  As a result of these discussions, the government engaged in additional investigation and subsequently produced over a thousand pages of additional documents.   The government anticipates producing further discovery as a result of its subsequent investigation at later date.  The government also discovered the existence of approximately thirty boxes of documents relevant to this case from another law enforcement investigation. Review of this additional discovery may have an impact on a potential  resolution

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772 JW(PVT)

for this case. Defense counsel has requested, and the government does not oppose, a continuance of the trial date to enable him to effective prepare.

2. In addition, defense counsel is scheduled to participate in an attempted murder trial on April 20, 2009 that is expected to last several weeks. Because of this attempted murder trial, defense counsel may be unavailable for the May 4, 2009 pretrial conference. Defense counsel notified the Court on January 26, 2009 of this fact.

Given these circumstances, the parties believe, and request that the Court a status conference in this case for April 6, 2009 at 1:30.

IT IS SO STIPULATED.

DATED: 3/31/09           /s/ James McNair Thompson
                         JAMES MCNAIR THOMPSON
                         Attorney fo Defendant

DATED: 3/31/09           /s/ Hanley Chew
                         HANLEY CHEW
                         Assistant United States Attorney

[PROPOSED] **ORDER**

Having considered the stipulation of the parties, and for good cause shown, the Court schedules a status conference in the above-captioned case for April 6, 2009 at 1:30 p.m.

IT IS SO ORDERED.

DATED: April 2, 2009                    _____
                                        THE HONORABLE JAMES WARE
                                        United States District Judge

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772 JW(PVT)           2