JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5060
   Facsimile:  (408) 535-5066
   E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 06-00772 JW(PVT) |
|    Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM FROM AUGUST 31, 2009 TO SEPTEMBER 28, 2009 AND  EXCLUDING TIME FROM AUGUST 31, 2009 THROUGH SEPTEMBER 28, 2009 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| JULIUS CHOW LIEH LIU, ) | |
|    Defendant. ) | |

     The parties hereby request that the Court enter this order documenting the exclusion of time from August 31, 2009 through September, 28, 2009.  The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from August 31, 2009 through September 28, 2009 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate.  The government has produced over 25,000 pages of documents in this case in accordance with its Rule 16 obligations.  Defense counsel, defendant and their agents still reviewing the discovery and requires additional time to

conduct and complete his investigation in this case. Moreover, the exclusion of time is needed for continuity of defense counsel as defense counsel is currently involved in an attempted murder trial with a potential life sentence in San Mateo County Superior Court, which is expected to last several weeks. Defense counsel notified the Court in the April 6, 2009 status conference that it was highly likely that he would be in trial on August 31, 2009.

2. The attorney for defendant and defendant join in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from August 31, 2009 through September 28, 2009.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from August 31, 2009 through September 28, 2009, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The parties also request that the Court continue the status conference currently scheduled for August 31, 2009 to September 28, 2009.

IT IS SO STIPULATED.

DATED:  8/25/09             /s/   James McNair Thompson
                            JAMES MCNAIR THOMPSON
                            Attorney fo Defendant


DATED: 8/25/09              /s/   Hanley Chew
                            HANLEY CHEW
                            Assistant United States Attorney

[PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from August 31, 2009 through September 28, 2009 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to

1  the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and
2  is in the defendant's best interests; and (3) the ends of justice are served by excluding from
3  calculations the period from August 31, 2009 through September 28, 2009.
4       Accordingly, the Court orders that the August 31, 2009 status conference is vacated and
5  that the parties are next to appear before the Court for status on September 28, 2009 at 1:30 p.m.
6  The Court further orders that the time from August 31, 2009 through September 28, 2009 is
7  excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
8  IT IS SO ORDERED.
9
10  DATED: August 26, 2009                   _____
11                                            THE HONORABLE JAMES WARE
                                              United States District Judge

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772(A) JW       3