

IT IS SO ORDERED
AS MODIFIED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   06-0772(B) JW(PVT) |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING PRETRIAL |
| v. | ) ) | CONFERENCE FROM MARCH 22, 2010 TO MAY 3, 2010 AND |
| JULIUS CHOW LIEH LIU, | ) ) | CONTINUING TRIAL FROM APRIL 20, 2010 TO MAY 25, 2010 AND |
| | ) ) | EXCLUDING TIME FROM MARCH 22, 2010 THROUGH MAY 25, 2010 FROM |
| Defendant. | ) ) | CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

The parties hereby request that the Court enter this order documenting the exclusion of time from March 22, 2010 through May 25, 2010.  The parties, including the defendant Julius Chow Lieh Liu, stipulate as follows:

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, for the period from March 22, 2010 through May 25, 2010 based upon the need for the defense counsel to investigate further the facts of the present case and determine what, if any, motions are appropriate.  On February 17, 2010, a Federal Grand Jury returned a second superseding indictment against defendant, adding additional charges.  The government has produced discovery in connection with these new charges.

Defense counsel and defendant need additional time to conduct and complete their investigation concerning these new charges. Moreover, the parties held a Settlement Conference on March 17, 2010. Defense counsel and defendant provided new information that may have a bearing on resolving this case. The government would like the opportunity to investigate and analyze this information. Accordingly, the parties request that the Court continue the March 22, 2010 pretrial conference to May 3, 2010 and the trial date from April 20, 2010 to May 25, 2010.

2.  The attorney for defendant and defendant join in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for the period from March 22, 2010 to May 25, 2010.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from March 22, 2010 to May 25, 2010, outweighing the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The parties also request that the Court continue the trial date from April 20, 2010 to May 25, 2010 and the pretrial conference date from March 22, 2010 to May 3, 2010.

IT IS SO STIPULATED.

DATED: 3/17/10          /s/ James McNair Thompson
                        JAMES MCNAIR THOMPSON
                        Attorney fo Defendant

DATED: 3/17/10          /s/ Hanley Chew
                        HANLEY CHEW
                        Assistant United States Attorney

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) good cause exists to continue the trial date from April 22, 2010 to May 25, 2010 and the pretrial conference from March 22, 2010 to May 3, 2010; (2) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from March 22, 2010 to May 25, 2010 based upon the need for the defense counsel to investigate further the facts of the

1  present case, review the discovery that the government has already provided and evaluate further
2  possible defenses and motions available to the defendant; (3) the exclusion of time is necessary
3  for effective preparation of the defense and is in the defendant's best interests; and (4) the ends
4  of justice are served by excluding from calculations the period from March 22, 2010 to May 25,
5  2010.
6        Accordingly, the Court orders that the March 22, 2010 pretrial conference is vacated and
7  that the parties are next to appear before the Court for a pretrial conference on May 3, 2010 at
8  1:30 p.m. The Court also orders that trial in this matter is continued from April 20, 2010 to May
9  25, 2010.  The Court further orders that the time from March 22, 2010 to May 25, 2010 is
10 excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
11 IT IS SO ORDERED.  **In light of the age of the case, this is the parties' final continuance.**
12
13 DATED: March 17, 2010           _____
                                                    THE HONORABLE JAMES WARE
                                                    United States District Judge

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772(B) JW           3