1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066
8     E-mail Address: hanley.chew@usdoj.gov

9  Attorneys for Plaintiff

10

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,           )   No.    06-0772(B) JW(PVT)
                                       )
15        Plaintiff,                   )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CONTINUING FINAL**
16   v.                                )   **PRETRIAL CONFERENCE FROM**
                                       )   **MAY 3, 2010 TO MAY 10, 2010**
17 JULIUS CHOW LIEH LIU,               )
                                       )
18        Defendant.                   )
                                       )
19

20     The parties hereby request that the Court enter this order continuing the final pretrial

21 conference in this matter from May 3, 2010 to May 10, 2010, at 1:30 p.m. The parties stipulate

22 as follows:

23 1.   The Court has set trial in this matter for May 25, 2010 and the final pretrial conference in

24 this matter for May 3, 2010.

25 2.   Government counsel is planning to attend the funeral of a former colleague on May 3,

26 2010 and requests a one-week continuance of the pretrial conference. Defense counsel does not

27 object to this brief continuance and would like additional time to prepare for the pretrial

28 conference.

       Given these circumstances, the parties request that the Court continue the final pretrial

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772(B) JW(PVT)

1  conference in this matter from May 3, 2010 to May 10, 2010 at 1:30.

2  IT IS SO STIPULATED.

3  DATED: 4/27/20                /s/ James McNair Thompson
4                                 JAMES MCNAIR THOMPSON
                                   Attorney fo Defendant
5

6  DATED 4/27/10                 /s/ Hanley Chew
7                                 HANLEY CHEW
                                   Assistant United States Attorney
8

9                          **[PROPOSED] ORDER**

10     Having considered the stipulation of the parties, and for good cause shown, the Court

11 continues the final pretrial conference in this matter from May 3, 2010 to May 10, 2010 at 1:30

12 p.m.   The Motions in Limine are also continued to May 10, 2010 at 1:30 PM.

13 IT IS SO ORDERED.

14

15 DATED: April 30, 2010             _____
                                      THE HONORABLE JAMES WARE
16                                    United States District Judge

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772(B) JW(PVT)         2