1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

5 | San Jose Division

6 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113
7 | Telephone:  (408) 535-5060
Facsimile:   (408) 535-5066
8 | E-mail Address: hanley.chew@usdoj.gov

9 | Attorneys for Plaintiff

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
9/16/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-0772 JW (PVT) |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEFENDANT'S SENTENCING FROM OCTOBER 25, 2010 TO NOVEMBER 8, 2010** |
| v. | |
| JULIUS CHOW LIEH LIU, | |
| Defendant. | |

The parties, including the defendant, stipulate as follows:

1. On June 18, 2010, a jury found defendant Julius Chow Lieh Liu ("defendant") guilty of three counts of criminal copyright infringement, in violation of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1), and one count of trafficking in counterfeit labels, in violation of 18 U.S.C. § 2318(a)(1). Defendant's sentencing is currently scheduled for October 25, 2010 at 1:30 p.m.

2. Government counsel will be unavailable on October 25 and November 1, 2010. Government counsel will be attending training outside of the state during the week of October 25, 2010 and will be taking his son to a medical appointment with an autism specialist on November 1, 2010. Defendant does not oppose this brief two-week continuance.

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772(B) JW

1  Therefore, the parties respectfully request that the Court continue defendant's sentencing
2  from October 25, 2010 to November 8, 2011 at 1:30 p.m.

4  IT IS SO STIPULATED.

6  DATED: 9/15/10                    /s/ James McNair Thompson
                                     JAMES MCNAIR THOMPSON
                                     Attorney fo Defendant

8  DATED: 9/15/10                    /s/ Hanley Chew
                                     HANLEY CHEW
                                     Assistant United States Attorney

10                         **[PROPOSED] ORDER**

11  Having considered the stipulation of the parties, and good cause appearing, the Court
12  orders that defendant Julius Chow Lieh Liu's sentencing in the above-captioned case is
13  continued from October 25, 2010 to **November 15, 2010 at 1:30 PM.**

14  IT IS SO ORDERED.

16  DATED: September 16, 2010         _____
                                     THE HONORABLE JAMES WARE
17                                   United States District Judge

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772(B) JW                 2