JAMES McNAIR THOMPSON
SBN 67807
LAW OFFICES OF JAMES McNAIR THOMPSON
PO BOX 636
LOS GATOS CA 95031
TEL: (408) 358-6047
FAX: (408) 358-6077
Attorney for defendant Julius Liu

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF CALIFORNIA,<br><br>         Plaintiff,<br><br>     vs.<br><br>JULIUS CHOW LIEH LIU,<br><br>         Defendant | Case No.: CR 06-00772 JW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>DATE FROM NOVEMBER 15, 2010 TO<br>DECEMBER 13, 2010 |

The parties, including the defendant, stipulate as follows:

1. On June 18, 2010, a jury found defendant Julius Chow Lieh Liu ("defendant") guilty of three counts of criminal copyright infringement, in violation of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1), and one count of trafficking in counterfeit labels, in violation of 18 U.S.C. § 2318(a)(1). Defendant's sentencing is currently scheduled for November 15, 2010 at 1:30 p.m.

2. Defendant's counsel will be out of the State of California and unavailable on November 15, 2010, and the Government does not object to continuing the sentencing to accommodate defense counsel. However, the Government's counsel will not be available on November 29, 2010, and defense counsel is committed to a medical appointment on December 6, 2010; therefore, the parties respectfully request that the Court continue the defendant's sentencing from November 15, 2010 to the first mutually available date: December 13, 2010 at 1:30 p.m.

1

1      IT IS SO STIPULATED.

2  DATED: 10/20/10      /s/ James McNair Thompson

3      JAMES MCNAIR THOMPSON

4      Attorney for Defendant

5  DATED: 9/15/10      /s/ Hanley Chew

6      HANLEY CHEW

7      Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Julius Chow Lieh Liu's sentencing in the above-captioned case is continued from November 15, 2010 to December 13, 2010, at 1:30 p.m. The Clerk has also contacted the assigned probation officer for their availability. The Probation Officer is available on the requested date.

**IT IS SO ORDERED.**

DATED: October 22, 2010      /s/ James Ware

THE HONORABLE JAMES WARE

United States District Judge

2