DAVID J. COHEN, ESQ.
California Bar No. 145748
JASON T. CAMPBELL, ESQ.
California Bar No. 255445
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Julius Liu**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-06-00772-JW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE HEARING ON MOTION FOR BAIL PENDING APPEAL, MR. LIU'S DATE OF SELF-SURRENDER AND [PROPOSED] ORDER THEREON** |
| JULIUS LIU, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that the hearing on the motion for bail pending appeal, currently scheduled for January 31, 2011, be continued until April 15, 2011.

**IT IS FURTHER STIPULATED** that Mr. Liu's self-surrender date currently scheduled for February 14, 2011, be continued to May 2, 2011 at 2:00 p.m.

**IT IS FURTHER STIPULATED** that the government's position is as follows:

> The government believes that bail pending appeal in this matter is inappropriate.  The government opposed, and continues to oppose, any motion for bail pending appeal.  However, out of courtesy to current defense counsel, who recently substituted into this case as counsel of record, the government is willing to agree to continue defendant's self-surrender date to May 2, 2011.  The government's agreement should not, in any way, be construed as a concession that any motion for

1

1   bail pending appeal in this case possesses any merit.

2   **IT IS FURTHER** stipulated that Mr. Liu's position is as

3   follows:

4   Bail pending appeal is appropriate in this matter.

5   **IT IS SO STIPULATED.**

6

7   Dated: January 20, 2011        **BAY AREA CRIMINAL LAWYERS, PC**

8   By: /s/David J. Cohen
        DAVID J. COHEN, ESQ.
9       Attorneys for Defendant
        **Julius Liu**
10

11  Dated: January 20, 2011    By: /s/Julius Liu
                                   JULIUS LIU
12                                 **Defendant**

13  Dated: January 20, 2011    By: /s/Hanley Chew
                                   HANLEY CHEW, ESQ.
14

15  **IT IS SO ORDERED.**

16  Dated: _____   _____
17                             THE HONORABLE JAMES WARE
                               UNITED STATES DISTRICT COURT JUDGE
18

19

20

21

22

23

24

25

26

27

28