1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:  (408) 535-5066
8     E-mail Address: hanley.chew@usdoj.gov

9  Attorneys for Plaintiff

10

*IT IS SO ORDERED AS MODIFIED*

*James Ware*

Judge James Ware

3/17/2011

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,          )   No.    06-0772    JW(PVT)
                                       )
15         Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                       )   ORDER TO CONTINUE
16     v.                              )   DEFENDANT'S SURRENDER DATE
                                       )   AND DEADLINE TO FILE MOTION
17  JULIUS CHOW LIEH LIU,              )   FOR BAIL PENDING APPEAL
                                       )
18                                     )
                                       )
19         Defendant.                  )
    _____)
20

21         The parties, including the defendant, stipulate as follows:

22  1.     On June 18, 2010, a jury found defendant Julius Chow Lieh Liu ("defendant") guilty of

23  three counts of criminal copyright infringement, in violation of 17 U.S.C. § 506(a)(1)(A) and 18

24  U.S.C. § 2319(b)(1), and one count of trafficking in counterfeit labels, in violation of 18 U.S.C.

25  § 2318(a)(1).  On December 13, 2010, the Court sentenced defendant to a term of 48 months

26  imprisonment.  On December 22, 2010, defendant filed a notice of appeal.  In late December

27  2010, defendant retained new counsel.  The parties stipulated to continue defendant's surrender

28  date to allow new defense counsel time to become familiar with this case and file a motion for

    bail pending appeal.  On February 1, 2011, the Court continued defendant's surrender date to

1  May 2, 2011.  The Court also ordered that defendant's motion for bail pending appeal be filed no

2  later than March 28, 2011 and that the government's response be filed no later than April 4,

3  2011.  The Court indicated that the matter would be heard on April 18, 2011.

4    2.    Government counsel is currently scheduled to begin a week and half long trial on March

5  28, 2011.  In addition, government counsel will be unavailable in parts of early and mid-April

6  because of a family medical situation.   Defendant and defense counsel have no objections to the

7  continuance and schedule proposed below.

8          Therefore, the parties respectfully request that the Court continue defendant's surrender

9  date to May 23, 2011, that defendant file his motion for bail pending appeal no later than April

10  18, 2011, that the government file its response no later than April 25, 2011, that defendant file

11  any optional reply brief no later May 4, 2011, and that the matter be heard on May 9, 2011.

12

13  IT IS SO STIPULATED.

14

15  DATED:   3/15/11              /s/ David J. Cohen
                                  DAVID J. COHEN
16                                Attorney for Defendant

17  DATED: 3/15/11               /s/ Hanley Chew
                                  HANLEY CHEW
18                                Assistant United States Attorney

19                                **[PROPOSED] ORDER**

20          Having considered the stipulation of the parties, and good cause appearing, the Court

21  orders that defendant Julius Chow Lieh Liu's surrender date be continued to May 23, 2011.  The

22  Court also orders that defendant file his motion for bail pending appeal no later than April 18,

23  2011, that the government file its response no later than April 25, 2011, that defendant file any

24  optional reply brief no later May 4, 2011, and that the matter be heard on **May 16, 2011 at 1:30 PM**

25  IT IS SO ORDERED.

26

27  DATED:_____March 17, 2011_____        _____
                                          THE HONORABLE JAMES WARE
28                                        United States District Judge