1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Criminal Chief

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:   (408) 535-5066
8     E-mail Address: hanley.chew@usdoj.gov

9  Attorneys for Plaintiff

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,      )   No.   06-0772(B) JW(PVT)
                                   )
15         Plaintiff,               )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER TO MODIFY BRIEFING**
16     v.                           )   **SCHEDULE**
                                   )
17  JULIUS CHOW LIEH LIU,           )
                                   )
18                                 )
                                   )
19         Defendant.               )
                                   )

20
       The parties, including the defendant, stipulate as follows:
21
    1.    On May 11, 2011, the Court held a status conference concerning defendant Julius Chow
22
    Lieh Liu's motion for bail pending appeal.  The Court ordered additional briefing on the issue of
23
    jury notes.  Defendant's submission was due on May 26, 2011.  The government's response was
24
    due on June 2, 2011.  The hearing on defendant's motion was scheduled for June 20, 2011.
25
    2.    Government counsel will be away from May 27, 2011 to May 31, 2011 because of the
26
    Memorial Day holiday.  In addition, government counsel may be required to travel for work on
27
    June 1 through June 3, 2011.  The government has conferred with defense counsel concerning a
28
    modified briefing schedule.

STIP. & [PROPOSED] ORDER
U.S. v. LIU, NO: CR 06-0772(B) JW

1  Therefore, the parties respectfully request that the Court order defendant's submission on
2  jury notes be due no later than June 2, 2011, that the government file its response no later than
3  June 9, 2011, that defendant file any optional reply brief no later June 16, 2011, and that the
4  matter still be heard on June 30, 2011.

6  IT IS SO STIPULATED.

8  DATED: 5/20/11        /s/ David J. Cohen
                          DAVID J. COHEN
                          Attorney for Defendant

10 DATED: 5/20/11        /s/ Hanley Chew
                          HANLEY CHEW
11                        Assistant United States Attorney

12                        **[PROPOSED] ORDER**

13  Having considered the stipulation of the parties, and good cause appearing, the Court
14 orders defendant Julius Chow Lieh Liu's submission on jury notes be due no later than June 2,
15 2011, that the government file its response no later than June 9, 2011, that defendant file any
16 optional reply brief no later June 16, 2011, and that the matter be heard on June 30, 2011.

18 IT IS SO ORDERED.

19 DATED: 6/8/11          _____
                          THE HONORABLE JEREMY FOGEL
20                        United States District Judge