MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066
   E-mail Address: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. ~~06-0772(B)-JF~~ CR-06-00772-JW |
|    Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION FOR BAIL PENDING APPEAL AND DEFENDANT'S SURRENDER DATE** |
|    v. ) | |
| JULIUS CHOW LIEH LIU, ) | |
|    Defendant. ) | |

The parties, including the defendant, stipulate as follows:

1. On June 18, 2010, a jury found defendant Julius Chow Lieh Liu ("defendant") guilty of three counts of criminal copyright infringement, in violation of 17 U.S.C. § 506(a)(1)(A) and 18 U.S.C. § 2319(b)(1), and one count of trafficking in counterfeit labels, in violation of 18 U.S.C. § 2318(a)(1). On April 18, 2011, defendant filed a motion for bail pending appeal. The matter was to be heard on June 30, 2011.

2. Defense counsel is currently involved in a four-week trial in the case of People v. Dhir, No. SC069905, and will be unavailable for the duration of the trial. Government counsel is scheduled to begin a two-week child pornography trial in the case of United States v. Gary

Roller, No. CR 08-00361 RMW, on July 25, 2011.

Therefore, the parties respectfully request that the hearing date for defendant's motion for bail for appeal be continued to the mutually convenient date of August 11, 2011 and defendant's surrender date be continued to September 1, 2011.

IT IS SO STIPULATED.

DATED: 6/30/11    /s/ David J. Cohen
                  DAVID J. COHEN
                  Attorney for Defendant

DATED: 6/30/11    /s/ Hanley Chew
                  HANLEY CHEW
                  Assistant United States Attorney

## [PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that the hearing date for defendant's motion for bail pending appeal be continued to August 11, 2011 and defendant's surrender date be continued to September 1, 2011.

IT IS SO ORDERED.

DATED: 7/13/11    _____
                  THE HONORABLE JEREMY FOGEL
                  United States District Judge